No. 10-7241. Abdul Awkal, Petitioner v. Betty Mitchell, Warden.

562 U.S. 1183, 131 S. Ct. 1002, 178 L. Ed. 2d 834, 2011 U.S. LEXIS 756.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 613 F.3d 629.